*MARK vs. THE CHURCH WARDENS OF ST.-MARTINVILLE.*

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, THE JUDGE OF THE SIXTH PRESIDING.

When a cause is remanded to ascertain a question of fact, on an appeal from this judgment, if on an examination of the evidence sent up with the new record, there appears no error in the proceedings of the inferior judge, the judgment will be affirmed.

This suit is brought on an account exhibited by François Marc, nephew and heir of his deceased uncle, who was curate of the Roman Catholic Church of St. Martinsville, against the Church warden's to recover a sum of money al-

leged to have been advanced by the curate in his life time for the use and benefit of the church. The defendant made out an account for fees, for *interments* and other church services and privileges, which they alleged the curate had received on an account of the Church, and never accounted for them.

Western District.
*September*, 1830.

MARC
*vs.*
THE CHURCH
WARDENS OF ST
MARTINSVILLE.

The plaintiff denied that the curate was a salaried minister, but had a right to use all the *fees* received or coming to the Church for his services, without being bound to account for them.

The Court below decided that the *curate* was not a salaried officer, was not bound to account for the fees of the Church received by him; and that the *heir* had a right to recover the monies advanced by him for the use of the Church.

This case was argued on the facts by Mr. *Roman,* Mr. *Simon* and Mr. *Brownson* for the plaintiff.

Mr. *Bowen* appeared as sole Counsel for defendants.

*Martin* J. delivered the opinion of the Court.

This case was remanded from this Court with a view of determining a question of fact, on the solution of which we considered its final decision depended.

The judgment of the District Court was in favor of the plaintiff; and the defendants have again appealed.

We have given our best attention to the evidence which comes up with the record; and it does not appear to us the district judge erred.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be affirmed with costs.

*When a cause is remanded to ascertain a question of fact, on an appeal from this judgment if on an examination of the evidence sent up with the new record, there appears no error in the proceedings of the inferior judge, the judgment will be affirmed.*